COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No.  01-11-00590-CV; *Elizabeth Helbing v. Oliver Alan Hunt and John William Deaver*
On Appeal from the 281st District Court of Harris County, Texas
Trial Court Cause No. 2009-31060-A

Appellees, Oliver Alan Hunt and John William Deaver, have filed a motion for en banc reconsideration of this Court's opinion and judgment issued November 29, 2012.  The Court requests a response to the appellees' motion for rehearing by appellant, Elizabeth Helbing.  TEX. R. APP. P. 49.2.  Any response by appellant, or, in the alternative, a letter indicating that appellant desires to waive her right to respond, is due to be filed in this Court by February 19, 2013.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
x   Acting individually   ☐   Acting for the Court

Date: February 5, 2015

**Note**:

Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).

1